# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: | BKY No. 11-44168<br>ADV No. 11-4244 |

Jorge H. Restrepo and Mary B. Restrepo,

    Debtors.

Randall L. Seaver, Trustee,

    Plaintiff

vs.

Michael Klein and Laurie Klein,

    Defendants.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I hereby certify that on August 26, 2011, I caused the following documents:

- *Summons*
- *Complaint*

to be mailed by first class mail, postage paid, to the following:

Michael Klein
10600 201st Avenue NW
Elk River, MN 55330
**Served via Regular and Certified Mail**

Laurie Klein
10600 201st Avenue NW
Elk River, MN 55330
**Served via Regular and Certified Mail**

Lawrence P. Marofsky
Boulevard Plaza Office Suites
7022 Brooklyn Boulevard
Minneapolis, MN 55429

Dated: <u>August 26</u>, 2011        __/e/ Matthew D. Swanson_____
                                                                   Matthew D. Swanson